

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

Daniel Gomez-Sanchez
631.247.4713 direct
631.247.4700 main
631.824.9249 fax
dsgomez@littler.com

March 15, 2022

**VIA ECF**

Honorable Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   Fernandez v. Namdar Realty Group, LLC, et al.
          2:20-cv-05649 (ERK) (AYS)

Dear Magistrate Judge Shields:

We represent Defendants Namdar Realty Group, LLC and Igal Namdar in the above-referenced matter. We write jointly with counsel for Plaintiff to inform the Court that the parties have reached an agreement in principle resolving the action.  The parties expect to be able to file a motion for approval of the settlement within thirty days.  Accordingly, the parties respectfully request that the Court enter an Order staying discovery in this matter *sine die* pending the filing of the motion

Thank you for the Court's consideration of this request.

Respectfully submitted,

Littler Mendelson, P.C.

/s/ *Daniel Gomez-Sanchez*

Daniel Gomez-Sanchez

4890-0140-9801.2 / 110082-1003

littler.com